UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA HERNANDEZ-CEBREROS,<br><br>Plaintiff,<br><br>v.<br><br>FREEDOM MORTGAGE CORPORATION, EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., AND TRANS UNION LLC<br><br>Defendants. | Case No.: 19CV708-JAH(BLM)<br><br>**ORDER VACATING ORDER TO SHOW CAUSE HEARING** |

In a notice of settlement dated June 21, 2019, Plaintiff informed the Court that a settlement had been reached between Plaintiff and Defendant Freedom Mortgage Corporation. ECF No. 13. The following day the Court issued an Order Confirming Settlement and Setting Deadline to File Voluntary Dismissal or Stipulation for Dismissal requiring Plaintiff to file her voluntary dismissal of the case or a stipulation for dismissal pursuant to Rule 41 of the Federal Rules of Civil Procedure no later than July 30, 2019. ECF No. 14. The Court further ordered that

> If the fully executed stipulation for dismissal or voluntary dismissal is not filed by **July 30, 2019**, then Plaintiff's counsel of record is required to appear in person for a Settlement Disposition Conference. The Settlement Disposition

1

Conference will be held on **August 6, 2019** at **9:30 a.m.** in **Courtroom 3A**.

If counsel of record for Plaintiff fails to appear at the Settlement Disposition Conference, or Plaintiff fails to file the voluntary dismissal or stipulation for dismissal in a timely manner, the Court will issue an order to show cause why sanctions should not be imposed for failing to comply with this Order.

Id. (emphasis in original)

Plaintiff did not file the voluntary dismissal or stipulation for dismissal and Plaintiff's counsel failed to appear at the Settlement Disposition Conference. See ECF No. 23. Accordingly, the Court issued an Order to Show Cause Why Sanctions Should Not be Imposed Against Plaintiff's Counsel. ECF No. 24. Plaintiff's counsel, Mr. Kevin L. Hernandez, was ordered to file a declaration by September 6, 2019 addressing his failure to comply with this Court's previous order [ECF No. 14] and the possible imposition of sanctions and to appear before the Honorable Barbara L. Major on September 19, 2019 at 9:30 a.m. to show cause why sanctions should not be imposed for failing to follow this Court's order. Id.

On September 3, 2019, Mr. Hernandez filed a declaration. ECF No. 31. Mr. Hernandez declares that his failure to appear at the Settlement Disposition Conference "was inadvertent and not done in bad faith" and that the error "resulted from a calendaring error for which [he] take[s] full responsibility." Id. at 2. Mr. Hernandez requests that the Court not impose sanctions and that the September 19, 2019 hearing be vacated.

The Court has considered Mr. Hernandez' response and declaration and declines to sanction Mr. Hernandez for his failure to follow the Court's Order. Accordingly, the Order to Show Cause Hearing set for September 19, 2019 is hereby **VACATED**.

**IT IS SO ORDERED**.

Dated: 9/5/2019

Hon. Barbara L. Major
United States Magistrate Judge